```
_____ FILED      _____ LODGED
          _____ RECEIVED

              Apr 15, 2020

        CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

Magistrate Judge J. Richard Creatura

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEJANDRO J. AGUILERA ROJAS,<br><br>Defendant. | NO. MJ20-5076 JRC<br><br>**APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM** |

Comes now, the United States of America, by Brian T. Moran, United States Attorney for the Western District of Washington, Ye-Ting Woo and Rebecca S. Cohen, Assistant United States Attorneys for said District, and represents and shows:

That there is now detained in the Clallam County Corrections Facility, in the custody of the Sheriff of Clallam County, the Defendant, ALEJANDRO J. AGUILERA ROJAS, date of birth, August 24, 1996, in the above-entitled case, and it is necessary that ALEJANDRO J. AGUILERA ROJAS be present on Tuesday, April 21, 2020, at 2:30 p.m. in Courtroom D of the United States District Courthouse, 1717 Pacific Ave, Tacoma, Washington, for an initial appearance and detention hearing before the Honorable J. Richard Creatura, United States Magistrate Judge.

//
//
//

APPLICATION FOR WRIT OF HABEUS CORPUS - 1
ALEJANDRO J. AGUILERA ROJAS/MJ20-5076 JRC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum under the seal of this Court, directed to the Sheriff of Clallam County, commanding him or her to have and produce ALEJANDRO J. AGUILERA ROJAS at said United States Courthouse at said time, the Defendant to be returned to you at the conclusion of the above checked proceedings

DATED this 14th day of April, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*s/Ye-Ting Woo, Rebecca S. Cohen*
YE-TING WOO
REBECCA S. COHEN
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4986
E-mail: Ye-Ting.Woo@usdoj.gov
Rebecca.Cohen@usdoj.gov

O R D E R

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ of Habeas Corpus ad Prosequendum issue as prayed for herein.

DATED this  15th  day of April, 2020.

J. RICHARD CREATURA
UNITED STATES MAGISTRATE JUDGE

APPLICATION FOR WRIT OF HABEUS CORPUS - 2
ALEJANDRO J. AGUILERA ROJAS/MJ20-5076 JRC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970